IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PRECIOUS SILVA and JONATHAN SILVA,

    Plaintiffs,

v.                                                                                No. 1:21-cv-740 RB/KRS

TRISTAR PRODUCTS, INC., *et al.*,

    Defendants.

### ORDER TO FILE MONTHLY STATUS REPORTS

THIS MATTER is before the Court pursuant to the Court's Order Granting Motion to Stay Discovery Proceedings. Discovery has been stayed in this case pending service on foreign corporation Zhongshan Jinguang Household Appliance Manufacture Co., Ltd.

IT IS THEREFORE ORDERED that Plaintiffs shall file monthly status reports on Plaintiffs' efforts to serve Defendant Zhongshan. Plaintiffs' first status report is due **March 1, 2022**.

IT IS SO ORDERED.

                                                       KEVIN R. SWEAZEA
                                                       UNITED STATES MAGISTRATE JUDGE